# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

DALIANNY DE LA CARIDAD §
HECTOR-GONZALEZ, §
§
*Petitioner*, §
§
v. §
§
TODD BLANCHE, ACTING U.S. §
ATTORNEY GENERAL; §    No.  3:26-CV-01286-LS
MARKWAYNE MULLIN, §
SECRETARY OF THE DEPARTMENT §
OF HOMELAND SECURITY; TODD §
LYONS, ACTING DIRECTOR OF §
IMMIGRATION AND CUSTOMS §
ENFORCEMENT; MARCOS §
CHARLES, ACTING ASSOCIATE §
DIRECTOR OF ENFORCEMENT §
AND REMOVAL OPERATIONS; AND §
ERICA ESTRADA, THE WARDEN AT §
THE EL PASO PROCESSING §
CENTER, §
§
*Respondents*. §

## ORDER FOR SERVICE

Petitioner Dalianny De La Caridad Hector-Gonzalez seeks a writ of habeas corpus under

28 U.S.C. § 2241.[1] The petition raises issues which require Respondents to show cause why the

Court should not grant the relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the

petition and this order upon Respondents through their counsel, the United States Attorney for the

---

[1] ECF No. 1.

[2] *See* 28 U.S.C. § 2243.

Western District of Texas. Respondents shall show cause by **May 13, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.[3]

       **SO ORDERED**.

       **SIGNED** and **ENTERED** on May 6, 2026.

                         _____

                         **LEON SCHYDLOWER**
                         **UNITED STATES DISTRICT JUDGE**

---

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").